IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAY 30  P 12: 29

| | |
|---|---|
| TINA McMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JURY DEMAND** |
| v. | ) |
| | ) CIVIL ACTION NO.: |
| GANNETT CO., INC. | ) 2:07CV479-ID |
| | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

**I.  JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), 2201 and 2202. This is a suit pursuant to federal statute, the Equal Pay Act of 1963, as amended, 29 U.S.C. § 206(d). The jurisdiction of this Court is invoked to secure protection for and redress deprivation of rights secured by the Equal Pay Act, providing for relief against pay discrimination on the basis of sex.

**II.  PARTIES**

2. Plaintiff Tina McManama (hereinafter "Ms. McManama" or "plaintiff") is a female citizen of the United States and a resident of the State of Alabama. Plaintiff was employed by defendant Gannett Co., Inc. in Montgomery, Alabama.

3. The defendant Gannett Co., Inc. (hereinafter "Gannett" or "defendant") is an employer subject to suit under the Equal Pay Act of 1963, as amended.

## III. ALLEGATIONS OF FACT

4. The plaintiff realleges and incorporates by reference paragraphs 1-3 above with the same force and effect as if fully set out in specific detail herein below.

5. The plaintiff Ms. McManama was employed by Gannett in Montgomery, Alabama as a Director, Market Development for one of its newspapers, the Montgomery Advertiser. The plaintiff was employed for approximately five (5) years until she resigned effective December 29, 2006.

6. While employed at Gannett, Ms. McManama was supervised by Scott Brown, the President and Publisher of the Montgomery Advertiser.

7. Don Halleck held the position of Director, Market Development for the Montgomery Advertiser just before Ms. McManama. Despite the fact that Halleck had qualifications which were inferior to those of Ms. McManama, Halleck earned approximately $25,000 per year more than Ms. McManama while he held the position.

8. Upon information and belief, Ms. McManama and other female employees earned significantly lower salaries than similarly situated male employees in the same positions for work of equal skill, responsibility and effort.

## IV. CAUSES OF ACTION

### CLAIM I – EQUAL PAY ACT – UNEQUAL PAY

9. Paragraphs 1-8 are hereby realleged and incorporated herein.

10. Further, the defendant willfully violated the Equal Pay Act by paying the plaintiff unequal wages to those of similarly situated males and others performing a job of equal skill, responsibility and effort under similar working conditions.

11. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs alleged herein, and this suit for injunctive, declaratory and other relief is her only means of securing adequate redress. The plaintiff is now suffering and will continue to suffer irreparable injury from the defendant's unlawful policies and practices as set forth herein unless enjoined by this Court.

## V. PRAYER FOR RELIEF

WHEREFORE, the plaintiff respectfully requests that this Court assume jurisdiction of this action and after trial:

1. Grant the plaintiff a declaratory judgment holding that the actions of the defendant Gannett Co., Inc. violated the rights of the plaintiff as guaranteed by the Equal Pay Act of 1963, as amended.

2. Grant the plaintiff a permanent injunction enjoining the defendant, its agents, successors, employees, attorneys and those acting in concert with the defendant and at the defendant's request from continuing to violate the Equal Pay Act.

3. Enter an Order requiring the defendant to make the plaintiff whole by awarding her back-pay and liquidated damages.

4. The plaintiff prays for such other relief and benefits as the cause of justice may require, including but not limited to an award of costs, attorneys' fees and expenses.

Respectfully submitted,

C. Michael Quinn
H. Wallace Blizzard

OF COUNSEL:
WIGGINS CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35222
(205) 314-0500

**THE PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

/s/ *signature*
Of Counsel

Plaintiff's Address:
Tina McManama
958 Silver Creek Circle
Prattville, Alabama 36066

Defendant's Address:
Gannett Co., Inc.
c/o the Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104