**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TINA McMANAMA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:07-CV-479-ID |
| | ) |
| **GANNETT CO., INC.,** | ) |
| | ) |
| **Defendants.** | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Gannett Co., Inc. ("Gannett") files the following corporate disclosure statement:

1. Gannett Co., Inc. is a publicly traded company incorporated in the State of Delaware. Gannett does not have a parent corporation.

2. No publicly held corporation holds 10% or more of Gannett's stock.

s/Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)

One of the Attorneys for Gannett Co., Inc.

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: 205-458-9400
Facsimile: 205-458-9500

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2007, I electronically filed the foregoing Corporate Disclosure Statement via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

C. Michael Quinn, Esq.
Wiggins Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama  35203

                                                                                  s/Lynlee Wells Palmer
                                                                                   Of Counsel