IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA McMANAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | 2:07-CV-479-ID |
| ) | |
| GANNETT CO., INC., ) | |
| ) | |
| Defendants. ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on July 31, 2007 between H. Wallace Blizzard, Esq., one of the attorneys for Plaintiff Tina McManama, and Lynlee Wells Palmer, Esq., one of the attorneys for Defendant Gannett Co., Inc.

**1.  Description of Claims and Defenses**

A.  By the Plaintiff: Plaintiff, Tina McManana, alleges that Defendant, Gannett Co., Inc. ("Gannett") violated the Equal Pay Act of 1963, as amended, by paying her a significantly lower salary than similarly situated male employees in the same positions for work of equal skill, responsibility and effort. Plaintiff incorporates by reference the allegations as set forth in her complaint.

B.   By the Defendant: Defendant Gannett Co., Inc. ("Gannett") denies that it violated the Equal Pay Act of 1963, as amended, or any other law with respect to the plaintiff.  Gannett further denies that the plaintiff is entitled to the relief requested in her complaint or to any other relief.  Gannett incorporates by reference its defenses as set forth in its answer to the plaintiff's complaint.

2.   **Pre-Discovery Disclosures:** The parties will exchange by *August 24, 2007* the information required by Fed. R. Civ. P. 26(a)(1).

3.   **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

(a)   Topics: Discovery will be needed on the following subjects: allegations of the Plaintiff's Complaint, alleged damages and Defendant's defenses.

(b)   Discovery Deadline: All discovery commenced in time to be completed by *July 18, 2008*.

(c)   Interrogatories: Maximum of *25 interrogatories*, including subparts, by each party to any other party.  Responses are due 30 days after service.

(d)   Requests for Admission: Maximum of *15 requests for admission*, including subparts, by each party to any other party.  Responses are due 30 days after service.

(e) Requests for Production: Maximum of *25 requests for production*, including subparts, by each party to any other party. Responses are due 30 days after service.

(f) Depositions: Maximum of *7 depositions* per party. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

(g) Supplementation: Supplementation under Rule 26(e) due within 30 days of knowledge of the need to supplement but not later than 30 days before the completion of discovery.

(h) Experts: Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

From the Plaintiff by: *March 31, 2008*

From the Defendant by: *April 30, 2008*

(i) Electronically Stored Information: To the extent it exists, relevant, non-privileged electronic information will be produced by the parties in either PDF or hardcopy format, to enable the parties to exchange discoverable information without undue burden or costs. A requesting party may obtain relevant, non-privileged electronic information in a format other than PDF or hardcopy only upon agreement by the parties or a showing of substantial need to

3

the Court for such information in that format. The parties will agree to the entry of an order regarding claims of privilege or of protection with respect to the inadvertent production of any privileged material that will allow the producing party to claw back such inadvertently produced document and will further require that such party produce a privilege log as to any such document.

    4.    <u>Other Items</u>:

    (a)    Scheduling Conference: The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

    (b)    Pretrial Conference: The parties request a pretrial conference on *September 12, 2008*.

    (c)    Pleadings and Parties: Plaintiff should be allowed until *March 31, 2008* to add additional parties or amend the pleadings. Defendant should be allowed until *April 30, 2008* to add additional parties or amend the pleadings.

    (d)    Dispositive Motions: All potentially dispositive motions must be filed by *June 6, 2008*.

    (e)    Witness and Exhibit Lists: Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties on or before thirty (30) days prior to the trial setting. The parties should have fourteen (14) days after service of final witnesses and exhibits to list objections under Rule 26(a)(3).

(f) Settlement: Settlement cannot be evaluated prior to the parties conducting some discovery and may be enhanced by the use of mediation at a later date.

(g) Trial: This case should be ready for trial by the Court's ***October 20, 2008*** trial term and at this time is expected to take approximately two to three (2-3) days.

Signed this 31 day of July 2007.

| | |
|---|---|
| s/H. Wallace Blizzard | s/Lynlee Wells Palmer |
| H. Wallace Blizzard | Lynlee Wells Palmer |
| Attorney for Plaintiff | Attorney for Defendant |
| **WIGGINS CHILDS QUINN & PANTAZIS** | **JOHNSTON BARTON PROCTOR & ROSE LLP** |
| The Kress Building | Colonial Brookwood Center |
| 301 19th Street North | 569 Brookwood Village, Suite 901 |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35209 |
| Telephone: (205) 314-0500 | Telephone: (205) 458-9400 |