IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA McMANAMA,           ) | |
|                          ) | |
|     Plaintiff,           ) | |
|                          ) | |
| v.                       ) | Case No. 2:07-CV-479-ID |
|                          ) | |
| GANNETT CO., INC.        ) | |
|                          ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the plaintiff Tina McManama, in the above-captioned matter, and, in accordance with the order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The plaintiff in this case is an individual.

The plaintiff has no knowledge of the defendant's parent companies, subsidiaries, partners, limited liability entity members and managers, trustee, affiliates or similar entities.

Date: December 12, 2007

/s/H.Wallace Blizzard
C. Michael Quinn
H. Wallace Blizzard
Counsel for Plaintiff
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
205/314-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the above and foregoing today, December 12, 2007, by CM/ECF, with copies being served on:

John W. Sheffield, Esq.
Lynlee Wells Palmer, Esq.
JOHNSTON BARTON
PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

/s/ H. Wallace Blizzard
Of Counsel