IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA MCMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07cv479-ID |
| | ) |
| GANNETT CO., INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 3, 2008, Plaintiff Tina McManama moved the Court to compel (Doc. #13) Defendant Gannett Co., Inc., to provide adequate responses to Plaintiff's interrogatories and requests for production. Upon consideration of the Motion, it is

ORDERED that Defendant shall show cause in writing **on or before June 11, 2008,** why this Court should not grant the Motion (Doc #13).

DONE this 4th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE