IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA MCMANAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07cv479-ID |
| ) | |
| GANNETT CO., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 3, 2008, Plaintiff Tina McManama moved the Court to compel (Doc. #13) Defendant Gannett Co., Inc., to provide adequate responses to Plaintiff's interrogatories and requests for production. Yesterday, Defendant filed a response (Doc. #15). Upon careful consideration of the Motion and Defendant's response, the Court believes counsel can resolve the matter independent of court intervention. Accordingly, it is

ORDERED that the Motion (Doc #13) is STAYED. It is further

ORDERED that counsel shall meet and confer in attempts to resolve this matter. On or before June 20, 2008, Plaintiff shall notify the Court in writing, informing the Court whether or not counsel were successful in resolving this dispute. If counsel cannot resolve the matter, the Court will rule on the motion at that time.

DONE this 12th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE