IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA McMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:07-CV-479-ID |
| GANNETT CO., INC. | ) |
| | ) |

**JOINT STATEMENT IN RESPONSE TO THE COURT'S ORDER**

**COME NOW**, the Plaintiff, Tina McManama, and the Defendant, Gannett Co., Inc., by and

through their attorneys, and jointly respond to the Court's Order (doc. no. 16) staying the plaintiff's

Motion to Compel (doc. no. 13) as follows:

The parties have conferred and resolved the issues raised in the plaintiff's Motion to Compel,

therefore motion is moot.

Respectfully submitted, June 19, 2008:


/s/H. Wallace Blizzard
C. Michael Quinn
H. Wallace Blizzard
*Attorneys for Plaintiff*


OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

1

/s/ Lynlee Wells Palmer
John W. Sheffield
Lynlee Wells Palmer
*Attorneys for Defendant*

OF COUNSEL:
JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9400
Facsimile: (205) 458-9500