IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA MCMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07cv479-ID |
| | ) |
| GANNETT CO., INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On June 3, 2008, Plaintiff Tina McManama moved the Court to compel (Doc. #13) Defendant Gannett Co., Inc., to provide adequate responses to Plaintiff's interrogatories and requests for production. Upon consideration of Defendant's timely response (Doc. #15), the Court stayed the motion and ordered the parties to meet and confer in attempts to resolve the dispute. Order of June 12, 2008 (Doc. #16). The parties have complied with this Court's Order and informed the Court the matter is resolved. Jt. Statmt. Resp. Court's Order (Doc. #18). Accordingly, it is

ORDERED that the STAY is LIFTED. It is further

ORDERED that the Motion (Doc #13) is DENIED as MOOT.

DONE this 23rd day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE