**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| TINA McMANAMA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   2:07-CV-479-ID |
| | ) |
| GANNETT CO., INC., | )   UNOPPOSED |
| | ) |
|     Defendants. | ) |

### DEFENDANT GANNETT CO., INC.'S UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE BY ONE WEEK

Defendant Gannett Co., Inc. ("Gannett") respectfully requests a one-week extension of the dispositive motion deadline, currently set for September 2, 2008. In support thereof, Gannett states:

1. The Court's Scheduling Order set the dispositive motion deadline for September 2, 2008.

2. Gannett has endeavored to comply with this deadline, but scheduling conflicts among those necessary to contribute to and approve the submission have precluded those efforts.

3. Counsel for Gannett has, in accordance with this Court's requirement, conferred with counsel for the plaintiff. Counsel for the plaintiff does not oppose this short extension.

4.  This extension should not impact any other existing deadlines in the case, including the November 18, 2008 discovery deadline.

WHEREFORE, defendant Gannett Co., Inc. respectfully requests that the dispositive motion deadline be extended to September 9, 2008.

s/John W. Sheffield
John W. Sheffield (ASB-7423-D62J)

s/Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)

Attorneys for Gannett Co., Inc.

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: 205-458-9400
Facsimile: 205-458-9500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2008, I electronically filed the foregoing via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

C. Michael Quinn, Esq.
H. Wallace Blizzard, Esq.
Wiggins Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama  35203

                                            s/Lynlee Wells Palmer
                                            Of Counsel