IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA McMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-CV-0479-ID |
| | ) |
| GANNETT CO., INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the court is Defendant Gannett Co., Inc's Unopposed Motion to Extend Dispositive Motion Deadline by One Week (Doc. No. 21, filed August 29, 2008). It is CONSIDERED and ORDERED that Defendant's motion be and the same is hereby GRANTED. Defendant's dispositive motion deadline is extended to and including September 8, 2008.

Done this 2nd day of September, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE