IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA McMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:07-CV-479-ID |
| | ) |
| GANNETT CO., INC., | ) UNOPPOSED |
| | ) |
| Defendants. | ) |

## DEFENDANT GANNETT CO., INC.'S MOTION TO FILE EVIDENCE UNDER SEAL

Defendant Gannett Co, Inc. ("Gannett") moves this Court to enter an Order allowing it to file the declarations in support of its motion for summary judgment, including exhibits thereto, under seal. As grounds in support thereof, Gannett states as follows:

1. Paragraph 5 of this Court's June 24, 2008 Protective Order allows for the filing of confidential information under seal.

2. Due to the confidential nature of certain information contained in the declarations and of records submitted as exhibits thereto, the declarations and their exhibits should be filed under seal.

3. Specifically, the declarations contain confidential information concerning Gannett's hiring and salary process as well as confidential salary information pertaining to third parties who are not part of this lawsuit.

4. Counsel for Gannett has discussed the filing of this motion with counsel for the plaintiff, and there are no objections.

WHEREFORE Defendant Gannett Co., Inc. moves this Court to enter an Order allowing it to file declarations in support of its motion for summary judgment, including the exhibits thereto, under seal.

s/John W. Sheffield
John W. Sheffield (ASB-7423-D62J)

s/Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)

Attorneys for Gannett Co., Inc.

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: 205-458-9400
Facsimile: 205-458-9500

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

C. Michael Quinn, Esq.
H. Wallace Blizzard, Esq.
Wiggins Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203

                                          s/Lynlee Wells Palmer
                                          Of Counsel