IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA McMANAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-479-ID |
| | ) |
| GANNETT CO., INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This cause is before the Court on Defendant's Motion to File Evidence Under Seal (Doc. # 23), filed September 4, 2008. Despite the fact that this motion seeks an order placing certain evidence under seal, the motion does not address the public's right of access to judicial records. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589 (1978); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001); *Estate of Martin Luther King, Jr., Inc. v. CBS, Inc.*, 184 F. Supp. 2d 1353 (N.D. Ga. 2002).

In CONSIDERATION of the foregoing authorities, and the Court's review of the Defendant's argument, it is hereby ORDERED that Defendant must file a memorandum of law on or before **September 12, 2008** as to why the motion to file under seal should be granted. Defendant should cite legal precedent and make specific legal arguments as to why the requested documents should be filed under seal.

DONE this 5th day of September, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE